IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAP AMERICA, INC., ET AL | : |
| Plaintiffs, | : CIVIL ACTION |
| | : NO. 2:12-cv-04692 |
| v. | : |
| SWISS RE INTERNATIONAL SE (F/K/A/ SR INTERNATIONAL BUSINESS INSURANCE COMPANY LTD.), | : |
| Defendant. | : |

TO THE CLERK OF THE COURT:

Please enter the appearance of Paul M. Hummer as counsel for Defendant Swiss Re International SE.

Respectfully submitted,

s/ Paul M. Hummer
Paul M. Hummer
Amy L. Piccola
Attorney ID Nos. 46413, 208888
Saul Ewing LLP
Centre Square West, 38th Floor
1500 Market Street
Philadelphia, PA 19102
(215) 972-7777
*Attorneys for Defendant*

DATED: August 21, 2012

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was served today upon counsel for Plaintiffs via the Court's Electronic Filing System:

Darin McMullen
Anderson Kill & Olick, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103

s/ Paul M. Hummer
Paul M. Hummer

DATED: August 21, 2012