**SEDGWICK LLP**
Martin J. Healy
Atty. ID No. 71133
Three Gateway Center, 12th Floor
Newark, New Jersey 07102-4072
Tel: (973) 242-0002
Fax: (973) 242-8099

**SAUL EWING LLP**
Paul M. Hummer
Amy L. Piccola
Atty. ID Nos. 46413, 208888
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Tel: (215) 972-7788
Fax: (215) 972-1851

*Attorneys for Defendant*
*Swiss Re International SE*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAP AMERICA, INC., ET AL<br><br>Plaintiffs,<br><br>v.<br><br>SWISS RE INTERNATIONAL SE (F/K/A/ SR INTERNATIONAL BUSINESS INSURANCE COMPANY LTD.),<br><br>Defendant. | CIVIL ACTION<br>NO. 2:12-cv-04692 |

**DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO STAY THE <u>ACTION PENDING ARBITRATION</u>**

Defendant SWISS RE INTERNATIONAL SE ("SRI") respectfully moves this Court for an Order compelling arbitration and dismissing the Complaint. In the alternative, SRI

1408520.4 08/22/2012

respectfully requests that the Court stay the current action pending arbitration of Plaintiffs' breach of contract claims.

For the reasons set forth in the accompanying Memorandum of Law, SRI's motion should be granted.

        Respectfully Submitted,

        s/ Amy L. Piccola
        Paul M. Hummer
        Amy L. Piccola
        Attorney ID Nos. 46413, 208888
        Saul Ewing LLP
        Centre Square West, 38th Floor
        1500 Market Street
        Philadelphia, PA 19102
        (215) 972-7777
        *Attorneys for Defendant*

DATED: August 23, 2012