IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAP AMERICA, INC., ET AL | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | NO. 2:12-cv-04692 |
| v. | : | |
| SWISS RE INTERNATIONAL SE (F/K/A/ SR INTERNATIONAL BUSINESS INSURANCE COMPANY LTD.), | : | |
| Defendant. | : | |

**ORDER**

AND NOW this _____ day of _____, 2012, upon consideration of Defendant Swiss Re International SE's Motion to Compel Arbitration and to Dismiss the Complaint (the "Motion"), memorandum of law in support thereof, and any opposition thereto, it is HEREBY ORDERED that:

1. The Motion is GRANTED;

2. The parties are COMPELLED to arbitrate their entire dispute in accordance with terms of SRI insurance policy no. QK0700382; and

3. The above-captioned action is DISMISSED with prejudice.

BY THE COURT:

_____ J.