## **CERTIFICATE OF SERVICE**

I, Amy L. Piccola, hereby certify that on this date a true and correct copy of the foregoing *Motion to Compel Arbitration and to Dismiss the Complaint or, in the Alternative, To Stay the Action Pending Arbitration,* Memorandum of Law in support thereof and proposed form of order were served upon counsel for Plaintiffs via the Court's Electronic Filing System and United States First-Class Mail, postage prepaid, addressed as follows:

Darin McMullen
Anderson Kill & Olick, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103

s/ Amy L. Piccola
Amy L. Piccola

Dated: August 23, 2012

1408520.4 08/22/2012