IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAP AMERICA, INC. ET AL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SWISS RE INTERNATIONAL SE | : | |
| (F/K/A/SR INTERNATIONAL | : | |
| BUSINESS INSURANCE COMPANY | : | |
| LTD.) | : | NO. 12-04692 |

ORDER

AND NOW, this 10th day of September, upon receipt of a Joint Motion to Stay Proceedings, made September 5, 2012 by the plaintiff SAP America and the defendant Swiss Re International, IT IS HEREBY ORDERED that this case shall be stayed and placed in Civil Suspense pending further order of the Court.

Counsels shall inform the Court promptly upon disposal of the claim before the High Court of Justice of London.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.