IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAP AMERICA, INC., ET AL<br><br>Plaintiffs,<br><br>v.<br><br>SWISS RE INTERNATIONAL SE (F/K/A/ SR INTERNATIONAL BUSINESS INSURANCE COMPANY LTD.),<br><br>Defendant. | CIVIL ACTION<br>NO. 2:12-cv-04692 |

**STIPULATED ORDER**

AND NOW this _10th_ day of _Sept._, 2012, upon consideration of SAP America, Inc., SAP AG, and Swiss Re International SE's Joint Motion to Stay Proceedings, it is HEREBY ORDERED that this matter is STAYED until further order.

BY THE COURT:

_____
THE HONORABLE MARY A. MCLAUGHLIN

1411767.3 09/05/2012