UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAP AMERICA, INC. and SAP AG,<br><br>                        Plaintiffs,<br><br>      v.<br><br>SWISS RE INTERNATIONAL SE (f/k/a SR International Business Insurance Company, Ltd.),<br><br>                        Defendant. | CIVIL ACTION NO. 12-04692 |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between the undersigned attorneys for the parties in the above-captioned action that the action (including all claims made within) is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

ANDERSON KILL, P.C.

By: _____
Darin McMullen, Esq.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 267-216-2700
Facsimile: 215-568-4573
*Attorneys for Plaintiffs SAP America, Inc. and SAP AG*

SAUL EWING LLP

By: _____
Paul M. Hummer, Esq.
1500 Market Street, 38TH FL
Philadelphia, PA
Telephone: 215-972-7788
Facsimile: 215-972-1851
*Attorneys for Defendant Swiss Re International SE (f/k/a SR International Business Insurance Company, Ltd.)*

SO ORDERED:

_____
Hon. Mary A. McLaughlin
United States District Judge

Dated: January 8, 2014